# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATHAN ANTOINE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 06-795-WDS |
| WEXFORD MEDICAL SERVICES, *et al.*, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Before the Court is Plaintiff's motion for a physical examination (Doc. 12). *See* FED.R.CIV.P. 35. Such a motion is premature, and it is therefore **DENIED** without prejudice.

Plaintiff has also filed a motion for preliminary injunction and for declaratory judgment (Doc. 13). The Court previously denied a similar motion for preliminary injunction (*see* Docs. 4, 10), and the Court finds no reason to issue a preliminary injunction now. Likewise, the Court finds that issuance of a declaratory judgment is not warranted at this time. See 28 U.S.C. § 2201; *Duke Power Co. v. Carolina Environmental Study Group, Inc.*, 438 U.S. 59, 71 n. 15 (1978); *Deveraux v. The City of Chicago*, 14 F.3d 328, 330-31 (7th Cir. 1994). Therefore, this motion is also **DENIED**.

**IT IS SO ORDERED.**

**DATED:** September 24, 2007.

**s/ WILLIAM D. STIEHL**
**DISTRICT JUDGE**