IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **NATHAN ANTOINE**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **06-795-WDS** |
| | ) | |
| **WEXFORD MEDICAL SERVICES, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion for Permissive Joinder of Defendants. **(Doc. 51)**.

Plaintiff has sued eight defendants in this lawsuit brought under 42 U.S.C. §1983. He invokes Fed.R.Civ.P. 20, and asks the court to order that all defendants must join together in motions so that "repetitive" motions for summary judgment or dismissal are not brought.

Rule 20 permits plaintiff to join defendants in one action, meaning that multiple defendants may be sued in one lawsuit. However, liability in a case such as this is personal, and, even though defendants are joined in one lawsuit, plaintiff still has to prove his case as to each defendant. See, ***Wolf-Lillie v. Sonquist*, 699 F.2d 864, 869 (7th Cir.1983).** Each defendant has the right to file separate motions or to join with other defendants in motions. The court has no authority to order the relief that plaintiff seeks.

Upon consideration and for good cause shown, plaintiff's Motion for Permissive Joinder of Defendants **(Doc. 51)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: May 9, 2008.**

> **s/ Clifford J. Proud**
> **CLIFFORD J. PROUD**
> **U.S. MAGISTRATE JUDGE**