IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **NATHAN ANTOINE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 06-cv-0795-SCW |
| | ) |
| **WEXFORD MEDICAL SERVICES, ADRIAN FEINERMAN, M.D., PAM GRUBMAN, R.N., TARQ AHMED, M.D., MARY ANN KOHRING, N.P., DONALD A. HULICK, WILLARD O. ELYEA, AND GALE GLADSON, R.N.,** | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER REGARDING SETTLEMENT AND IMPENDING DISMISSAL

**WILLIAMS, Magistrate Judge:**

Having been advised by the parties that the above-captioned action has been settled in its entirety, but that additional time is needed to finalize the settlement documents, the undersigned Magistrate Judge hereby **DIRECTS** the Clerk of Court, 60 days after this Order is docketed, to **ENTER JUDGMENT OF DISMISSAL** with prejudice. Each party shall bear his or her own costs, unless otherwise provided in the settlement documents.

If the parties fail to finalize the settlement within the 60-day period, they may—before that period expires—move to postpone entry of judgment to a later date. Due to the settlement, the Court **CANCELS** all settings herein.

**IT IS SO ORDERED.**

DATED January 10, 2011.

/s/ *Stephen C. Williams*
STEPHEN C. WILLIAMS
United States Magistrate Judge