# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATHAN ANTOINE, | ) |
|       **Plaintiff,** | ) |
| vs. | ) Case No. 06-795-SCW |
| WEXFORD HEALTH SOURCES, INC., ADRIAN FEINERMAN, PAM GRUBMAN, TARIQ AHMED, MARY ANN KOHRING, DONALD A. HULICK, WILLARD O. ELYEA, and GALE GLADSON, | ) |
|       **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

Defendants **PAM GRUBMAN, DONALD A. HULICK** and **GALE GLADSON** were dismissed by Order entered by United States District Judge William D. Stiehl on March 25, 2009, (Doc. 100).

Therefore, **IT IS HEREBY ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants **PAM GRUBMAN, DONALD A. HULICK** and **GALE GLADSON** and against Plaintiff **NATHAN ANTOINE**, pursuant to the Order entered by United States District Judge William D. Stiehl.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Stephen C. Williams on January 10, 2011 (Doc. 148), the above-captioned action is hereby **DISMISSED** *with prejudice* as to all of the remaining claims and Defendants, including: Wexford Health Sources (incorrectly named as Wexford Medical Services, Inc.), Adrian Feinerman, Tariq Ahmed, Mary Ann Kohring and Willard O. Elyea.

**Dated:** March 11, 2011.

                                                                 **Nancy Rosenstengel, Clerk of Court**

                                                                   **By: Angie Vehlewald**
                                                                         **Deputy Clerk**

**Approved:** /s/ *Stephen C. Williams*
                **Stephen C. Williams**
                **United States Magistrate Judge**